**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
(917) 924-9800

June 3, 2025

<u>By ECF</u>
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re: *United States v. Villafane (Erika Dawson)*
21 Cr. 93-VM-25

Dear Judge Marrero:

    I represent Erika Dawson in the above referenced matter. Ms. Dawson was arrested on March 11, 2025, and released on a $50,000 personal recognizance bond with conditions including home incarceration with electronic monitoring. **I write today to request the Court's authorization to remove the electronic monitoring device for a period of time on June 10, 2025, so that Ms. Dawson can undergo an MRI examination at Montefiore Medical Center in the Bronx**. Pretrial Services (Officer Laura Gialanella) consents to this application and will arrange for the monitor to be removed and replaced at the appropriate times. The Government defers to Pretrial Services.

    Thank you for your consideration.

Respectfully yours,

Evan L. Lipton
*Attorney for Erika Dawson*

cc:    Government counsel
        Pretrial Services