USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/12/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

         - against -

ERIKA DAWSON, et al.,

            Defendants.

**21-CR-93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 26, 2025, counsel for the above-named defendant submitted a motion to modify conditions of pretrial release. (See Dkt. 440.) The Government is hereby directed to respond to the motion within ten (10) days from the date of this order.

**SO ORDERED.**

Dated:     12 December 2025
            New York, New York

                               Victor Marrero
                               U.S.D.J.

1