**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
**(917) 924-9800**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__1/22/2026__

January 22, 2026

By ECF

Hon. Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Villafane (Erika Dawson)*
21 Cr. 93-VM-25

Dear Judge Marrero:

I represent Erika Dawson in the above referenced matter. Ms. Dawson was arrested on March 11, 2025, and released on a $50,000 personal recognizance bond with conditions including home incarceration with electronic monitoring. **I write today to request the Court's authorization to remove the electronic monitoring device for a period of time on Sunday January 25, 2026, so that Ms. Dawson can undergo an MRI examination at Montefiore Medical Center in the Bronx**.

This is a follow-up to MRI examinations that occurred on June 10, 2025, and September 11, 2025, prior to which the Court approved identical applications. *See* ECF Nos. 376, (06/04/2025) and 431 (09/05/25). Thank you for your consideration.

Respectfully yours,

Evan L. Lipton
*Attorney for Erika Dawson*

Cc: Gov't Counsel; Pretrial Services

> Request **GRANTED.**
>
> **SO ORDERED.**
>
> __1/22/2026__
> DATE          VICTOR MARRERO, U.S.D.J.