**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
**(917) 924-9800**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2026

March 20, 2026

```
Request DENIED. The Court finds that a conference
to address the matter stated below is unnecessary
at this time.

SO ORDERED.

Dated: March 24, 2026                    Victor Marrero
       New York, New York                   U.S.D.J.
```

By ECF
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Villafane* (Erika Dawson)
21 Cr. 93-VM-25

**Request for Conference to Address Conditions of Pretrial Release**

Dear Judge Marrero:

I represent Erika Dawson in the above-referenced matter. On September 26, 2025, Ms. Dawson submitted an application, made with the consent of Pretrial Services, to modify her conditions of pretrial release from "home detention" to "home incarceration." *See* ECF No. 440. On December 22, 2025, the government filed a letter opposing the application. *See* ECF No. 481. The Court denied the application the next day. *See* ECF No. 482. I write today at the suggestion of the assigned Pretrial Services Officer (Laura Gianella) to respectfully request that the Court schedule a conference to address Ms. Dawson's conditions of release, at which time Officer Gianella can address the Court. I am hopeful that, with Officer Gianella's participation we will be able to resolve important issues related to Ms. Dawson's health and daily living.

Respectfully submitted,

Evan L. Lipton
*Attorney for Erika Dawson*

Cc:    Gov't Counsel
       Pretrial Services Officer Gianella

       (by ECF and email)