**Law Office of Evan L. Lipton, P.C.**
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

May 7, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/8/2026____
```

Request **GRANTED**.

**SO ORDERED.**

5/8/2026
DATE          VICTOR MARRERO, U.S.D.J.

By ECF
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Villafane* (Erika Dawson)**
**21 Cr. 93-VM-25**

**Application to attend Mother′s Day Brunch**

Dear Judge Marrero:

I represent Erika Dawson in the above-referenced matter. I write, with the consent of Pretrial Services Officer Ashley Cosme, to respectfully request that Ms. Dawson be permitted to attend a mother's day brunch with her father and step-mother on Sunday, May 10, at a restaurant located in the Westchester Square neighborhood of the Bronx, approximately five miles from her home, near Fordham Avenue. Ms. Dawson has provided the name and location of the restaurant to Officer Cosme. If permission is granted she will communicate with Officer Cosme to set a schedule for the day. I sent an email to government counsel on May 6, 2026, to determine their position but have not heard back.

Thank you for your consideration of this application.

Respectfully submitted,

Evan L. Lipton
*Attorney for Erika Dawson*

Cc:    Gov't Counsel
       Pretrial Services Officer Ashley Cosme

       (by ECF and email)