USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/26

**Law Office of Evan L. Lipton, P.C.**
**224 West 30th Street #302**
**New York, New York 10001**
**ell@evanliptonlaw.com**
**(917) 924-9800**

August 27, 2026

By ECF
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Villafane* (Erika Dawson)**
**21 Cr. 93-VM-25**

Dear Judge Marrero:

I represent Erika Dawson in the above referenced matter. Ms. Dawson was arrested on March 11, 2025, and released on a $50,000 personal recognizance bond with conditions including home incarceration with electronic monitoring. **I write today to request the Court's authorization to remove the electronic monitoring device for a period of time on Monday, August 31,** so that Ms. Dawson can undergo an MRI examination at Montefiore Medical Center in the Bronx.

This is a follow-up to MRI examinations that occurred on June 10, 2025, September 11, 2025, and January 25, 2026, prior to which the Court approved identical applications. ECF nos. 376, (06/04/2025) and 431 (09/05/25) and 508 (1/22/26).

Thank you for your consideration.

Respectfully yours,

Evan L. Lipton

SO ORDERED.
8/28/2026
DATE
VICTOR MARRERO, U.S.D.J.